IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TERRY ANDERSON, et al.         )
                               )
v.                             )      NO. 3:05-0718
                               )      JUDGE CAMPBELL
NOVARTIS PHARMACEUTICALS       )
CORPORATION                    )

ORDER

Pending before the Court is Defendant's Motion to Transfer to the Eastern District of Tennessee (Docket No. 26) and Defendant's Motion to Dismiss for Failure to State a Claim or, in the Alternative, for a More Definite Statement (Docket No. 24). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Transfer (Docket No. 26) is DENIED, Defendant's Motion to Dismiss (Docket No. 24) is DENIED, and Defendant's Motion for a More Definite Statement (Docket No. 24) is moot. By November 26, 2005, Plaintiffs shall file an amended complaint in full compliance with Local Rule 15.

Also pending before the Court is Novartis Pharmaceuticals Corporation's Motion to File a Reply Memorandum in Response to Plaintiffs' Response in Opposition to the Defendant's Motion to Transfer (Docket No. 41), Novartis Pharmaceuticals Corporation's Motion to File a Reply Memorandum in Response to Plaintiffs' Response in Opposition to the Defendant's Motion to Dismiss or Alternative Motion for More Definitive Statement (Docket No. 42), and Defendant's Motion for Oral Argument (Docket No. 28). Defendant's Motions to File a Reply Memorandum (Docket Nos. 41 and 42) are GRANTED and the Clerk is directed to file Reply of Novartis Pharmaceuticals Corporation to Plaintiffs' Response in Opposition to the Defendant's Motion to Transfer and Defendant's Reply to Plaintiffs' Response in Opposition to the Defendant's Motion to

Dismiss or Alternative Motion for a More Definite Statement. Defendant's Motion for Oral Argument (Docket No. 28) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE